**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re:   FASSLER, BARBARA S. | Case No. 18-81259 |
| Debtor(s) | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> United States Bankruptcy Court
> 327 South Church Street, Room 1100
> Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, service a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 a.m. on March 25, 2019, in Courtroom 3100, United States Courthouse, 327 South Court Street, Rockford, Illinois 61101. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  February 26, 2019        By:  /s/ JOSEPH D. OLSEN
                                             Trustee

Joseph D. Olsen
YALDEN, OLSEN & WILLETTE
1318 East State Street
Rockford, IL 61104-2228
(815) 965-8635
jolsenlaw@comcast.net

NFR.wpd

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: FASSLER, BARBARA S.           § Case No. 18-81259
                                     §
                                     §
Debtor(s)                            §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,000.00 |
| *and approved disbursements of* | $ 10.00 |
| *leaving a balance on hand of* [1] | $ 4,990.00 |
| **Balance on hand:** | $ 4,990.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,990.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,250.00 | 0.00 | 1,250.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 34.96 | 0.00 | 34.96 |
| Attorney for Trustee, Fees - Attorney Joseph D Olsen | 826.50 | 0.00 | 826.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,111.46 |
| Remaining balance: | $ 2,878.54 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 2,878.54 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 2,878.54 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 155,449.71 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 610.12 | 0.00 | 11.30 |
| 2 | Discover Bank | 3,345.90 | 0.00 | 61.96 |
| 3 | U.S. Bank National Association | 5,248.41 | 0.00 | 97.19 |
| 4 | Capital One Bank (USA), N.A. | 2,269.51 | 0.00 | 42.03 |
| 5 | Sauk Valley Bank | 142,115.00 | 0.00 | 2,631.60 |
| 6 | Verizon | 308.26 | 0.00 | 5.71 |
| 7 | Department Stores National Bank | 1,552.51 | 0.00 | 28.75 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 2,878.54 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ 0.00 |
|---|---|---|
|  | Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for subordinated claims: | $ 0.00 |
|---|---|---|
|  | Remaining balance: | $ 0.00 |

Prepared By:  /s/JOSEPH D. OLSEN
                       Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 18-81259-TML
Barbara S. Fassler                                                  Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett          Page 1 of 1          Date Rcvd: Feb 27, 2019
                              Form ID: pdf006         Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2019.
```
db            +Barbara S. Fassler,   1511 E. 25th St., #5,   Sterling, IL 61081-1483
27334533       Department Stores National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
                Kirkland, WA  98083-0657
26823926      +Sauk Valley Bank,   201 W. 3rd St.,   Sterling, IL 61081-3506
27069006     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court:  U.S. Bank National Association,   Bankruptcy Department,
                PO Box 108,  St. Louis MO 63166-0108)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
27102147       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 28 2019 01:49:20
                Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
27046596       E-mail/Text: mrdiscen@discover.com Feb 28 2019 02:05:22      Discover Bank,
                Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
27032421       E-mail/Text: bnc-quantum@quantum3group.com Feb 28 2019 02:06:10
                Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
27248162      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 28 2019 02:16:05      Verizon,
                by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK  73118-7901
                                                                                              TOTAL: 4
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2019                          Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2019 at the address(es) listed below:
```
              Craig A Willette    on behalf of Trustee Joseph D Olsen craigwillette@comcast.net,
               ColleenLemek@comcast.net
              Joseph D Olsen    Jolsenlaw@comcast.net,  il46@ecfcbis.com
              Joseph D Olsen    on behalf of Trustee Joseph D Olsen jolsenlaw@comcast.net,  jolsenlaw@aol.com
              Kelli D Walker    on behalf of Debtor 1 Barbara S. Fassler kelliwalker158@gmail.com
              Laura A. Hrisko    on behalf of Creditor   U.S. Bank National Association ND-Two@il.cslegal.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Toni  Townsend    on behalf of Creditor   U.S. Bank National Association toni.townsend@mccalla.com,
               northerndistrict@mccalla.com
                                                                                             TOTAL: 7
```